UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 11 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

v.

DARNELL ANTHONY JACKSON, et al.,

Defendants.

Criminal Action No. 06-227 (RBW)

## ORDER

In accordance with the Court's oral orders issued during the status conference on October 10, 2006, it is hereby

**ORDERED** that any defendant who opposes the government's Motion for Exclusion of Time Under the Speedy Trial Act shall file their oppositions by Friday, October 20, 2006.

**SO ORDERED** this 11th day of October, 2006.

REGGIE B. WALTON
United States District Judge